# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

JAMES PRICE,

    Plaintiff,

v.

BOARD OF TRUSTEES OF THE INDIANA LABORER'S PENSION FUND, ET AL.

    Defendant.

Case No. 2:07-CV-0933

JUDGE ALGENON L. MARBLEY

Magistrate Judge Kemp

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the March 24, 2009 Opinion and Order, plaintiff's motion for judgment is **GRANTED,** defendant's motion for judgment is **DENIED.** The defendants are **ORDERED** to reinstate Plaintiff's benefits. This case is **DISMISSED.**

Date: **March 24, 2009**      James Bonini, Clerk

                                                    s/Betty L. Clark
                                                    Betty L. Clark/Deputy Clerk