IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES R. PRICE, : | |
| : | |
| Plaintiff, : | |
| : | Case No. 2:07-CV-0933 |
| v. : | |
| : | JUDGE ALGENON L. MARBLEY |
| BOARD OF TRUSTEES OF THE INDIANA : | |
| LABORER'S PENSION FUND, ET AL. : | Magistrate Judge Kemp |
| : | |
| Defendant. : | |
| : | |

## ORDER STAYING CASE

This matter is before the Court on Defendants' Motion for Stay Pending Appeal. Defendants move the Court to stay its orders and judgments of March 24, 2009 and July 2, 2009 upon Defendants posting a bond of $50,000 with the Court. Plaintiff does not object to the Motion. For the reasons set forth in Defendants' memorandum in support and because there are no objections, the Court hereby **STAYS** any further proceedings in this case pending appeal.

    **IT IS SO ORDERED**.

                                                            s/Algenon L. Marbley
                                                             ALGENON L. MARBLEY
                                                            UNITED STATES DISTRICT COURT

    **Dated: August 25, 2009**