**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **JAMES R. PRICE,** | : |
| | : |
| **Plaintiff,** | : |
| | :  Case No. 07-CV-933 |
| v.: | |
| | :  **JUDGE ALGENON L. MARBLEY** |
| **BOARD OF TRUSTEES OF THE** | :  Magistrate Judge Terrence P. Kemp |
| **INDIANA LABORER'S PENSION** | : |
| **FUND,** *et al.*, | : |
| | : |
| **Defendants.** | : |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the September 7, 2011 Opinion and Order, the Court **GRANTED** the Plaintiff's Second Motion for Judgment on the Administrative Record. Entry of judgment in favor of the Plaintiff is reinstated .

Date:  **September 7, 2011**          James Bonini, Clerk

                              s/Betty L. Clark
                              Betty L. Clark/Deputy Clerk